JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS BALL, | Case No.  CV 20-10050-GW-JPRx |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| BOWLERO CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Parties' stipulation filed on February 17, 2021, the parties agree that:

1. The action is dismissed with prejudice;

2. Defendant AMF BOWLING CENTERS, INC. agrees to waive its right to seek any costs and fees from Plaintiff PHYLLIS BALL.

Dated: February 18, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE